UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:16-cv-501-JRG-RSP
Name of party requesting extension: Shopify, Inc.
Is this the first application for extension of time in this case?   ☑ Yes
  ☐ No

If no, please indicate which application this represents:   ☐ Second
  ☐ Third
  ☐ Other _____

Date of Service of Summons: 07/15/2016
Number of days requested:   ☑ 30 days
  ☐ 15 days
  ☐ Other _____ days

New Deadline Date: 09/06/2016   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jay B. Johnson
State Bar No.: 24067322
Firm Name: Kizzia Johnson
Address: 1910 Pacific Ave. Suite 13000
    Dallas, TX 75201

Phone: (214) 451-0164
Fax: (214) 451-0165
Email: jay@kjpllc.com

A certificate of conference does not need to be filed with this unopposed application.